KNOX
v.
BUHLER.

---

### ZOZINE AUDIGE, f. w. c. v. MANON GAILLARD, f. m. c.

Plaintiff, for months, left a loaded gun, resembling a walking cane, in her yard. It was taken up by
a boy, about fourteen years old, belonging to defendant—in whose hands it went off and killed the
plaintiff's slave. Plaintiff sued for damages. *Held:* It was the plaintiff's negligence which was
the occasion of the accident, and this is sufficient to prevent her recovery.

APPEAL from the Second District Court of New Orleans, *Lea*, J. *Le Gard-*
*ner*, for plaintiff and appellant. *Dufour*, for defendant.

ROST, J. We do not consider this a proper case for the allowance of the
damages claimed. The servant of the defendant, a boy about fourteen years
old, had gone into the yard of the plaintiff, at the request of the plaintiff's ser-
vant, and picked up from the ground where it lay, what to all appearance
seemed a walking cane, and in handling it, as a boy of his age would naturally
do, it went off and killed the plaintiff's slave. If there was any fault in the
boy, there was greater fault in the plaintiff's leaving a disguised and loaded gun
in her yard for months, as it is shown she has done. It was her negligence
which was the occasion of the accident, and this is sufficient to prevent her
recovery.

The testimony leaves it doubtful whether the cane was an air gun or a fire
arm; if, as argued for the plaintiff, the fact of its being a fire arm was material
to her, she should have shown it affirmatively.

Judgment affirmed with costs.